IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELCHER PHARMACEUTICALS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 18-960-LPS-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INTERNATIONAL MEDICATION SYSTEMS, LIMITED, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY

WHEREAS, on April 24, 2019, the Court granted the parties' Joint Stipulation and Order to Stay the Litigation until the conclusion of trial in *Belcher Pharms., LLC v. Hospira, Inc.*, C.A. No. 17-775-LPS (D.I. 34), which required that the parties submit a joint proposed scheduling order, if necessary, within 14 days after the conclusion of that trial;

WHEREAS, the parties agree that a continuation of the stay of this litigation until the Court rules on the validity of U.S. Patent No. 9,283,197 will further the goal of accomplishing efficient management of the Court's and parties' limited resources;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that this litigation shall remain stayed until the Court issues its ruling on the validity of U.S. Patent No. 9,283,197 in *Belcher Pharms., LLC v. Hospira, Inc.*, C.A. No. 17-775-LPS, and within 14 days after such ruling the parties shall submit a joint proposed scheduling order, if necessary.

| | |
|---|---|
| BAYARD, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Stephen B. Brauerman* | */s/ James L. Higgins* |
| _____ | _____ |
| Stephen B. Brauerman (No. 4952) | Melanie K. Sharp (No. 2501) |
| Sara E. Bussiere (No. 5725) | James L. Higgins (No. 5021) |
| 600 N. King Street, Suite 400 | 1000 North King Street |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302) 655-5000 | (302) 571-6600 |
| sbrauerman@bayardlaw.com | msharp@ycst.com |
| sbussiere@bayardlaw.com | jhiggins@ycst.com |
| | |
| GRAY ROBINSON, P.A. | WILSON SONSINI GOODRICH & ROSATI |
| Stefan V. Stein | Douglas H. Carsten |
| Cole Carlson | Joshua A. Mack |
| 401 East Jackson Street, Suite 2700 | 12235 El Camino Real, Suite 200 |
| P.O. Box 33324 | San Diego, CA  92130-3002 |
| Tampa, FL  33602 | (858) 350-2300 |
| (813) 273-5000 | |
| | *Attorneys for International Medication Systems, Limited* |
| *Attorneys for Belcher Pharmaceuticals, LLC* | |

Dated: July 3, 2019

        SO ORDERED this _____ day of _____, 2019.

        _____
        United States District Judge